**Order entered July 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00562-CV

### SILVER STAR TITLE, L.L.C. D/B/A SENDERA TITLE, Appellant

### V.

### MARQUIS WESTLAKE DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11010**

## ORDER

Before the Court is appellees' June 7, 2019 motion to dismiss the appeal for want of jurisdiction. We **DENY** appellees' motion. *See Lane Bank Equip. Co. v. Smith Southern Equip. Inc.*, 10 S.W.3d 308, 314 (Tex. 2000) (timely filed post-judgment motion that seeks a substantive change in an existing judgment qualifies as a motion to modify under Rule 329b(g) and extends appellate timetable).

Also before the Court is appellant's June 21, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **August 5, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE